UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORNA LYNN DUKE,<br><br>            Plaintiff,<br><br>      vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.:   1:16-cv-00333-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 8) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's letter brief shall be served on Defendant on or before October 24, 2016;

2. Defendant shall serve a response on or before November 28, 2016; and

3. All further dates in the scheduling order issued March 11, 2016 are amended accordingly.

IT IS SO ORDERED.

Dated:   **October 24, 2016**

UNITED STATES MAGISTRATE JUDGE

-1-