# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORNA LYNN DUKE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:16-cv-00333-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before February 21, 2017;
2. Defendant's response shall be filed on or before March 23, 2017; and
3. Plaintiff's reply, if any, shall be filed on or before April 7, 2017.

IT IS SO ORDERED.

Dated: **December 29, 2016**

UNITED STATES MAGISTRATE JUDGE

-1-